IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  07-cv-00297-EWN-MJW

ROBERT NEELY,

Plaintiff,

v.

A. ESTEP, Warden, et al.,

Defendants.

MINUTE ORDER

      It is hereby ORDERED that the plaintiff's Motion for Status (Docket No. 13) is granted to the extent that the Clerk of the Court shall send the plaintiff a copy of the docket sheet in this case without charge.  Should plaintiff want to know the status of the case in the future, he shall contact the Clerk's Office and request and pay for a copy of his docket sheet.

      It is further ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

Case Manager of:
Inmate Robert Neely
#114438
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

Date: April 19, 2007