IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00297-EWN-KLM

ROBERT NEELY,

    Plaintiff(s),

v.

A. ESTEP,
G. WATKINS,
CAPT. TORRES,
LT. KOCHEVAR,
MS. BROWN, and
R. MARTINEZ,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to Plaintiff's Motion for Status [Docket No. 35, Filed October 19, 2007] ("the motion"). Plaintiff asks the Court (1) for a thirty-day extension of time to amend his complaint; and (2) to issue an order to the Warden of the Fremont Correctional Facility in Canon City, Colorado to cease confiscating Plaintiff's mail and to send Plaintiff his inmate trust fund account statement. This Court filed a Recommendation on September 10, 2007 [Docket No. 33] to dismiss Plaintiff's case for failure to comply with Court Orders requiring him to make monthly payments of his filing fee or show cause why he cannot. The Recommendation is still pending. Plaintiff filed an untimely objection to the Recommendation [Docket No. 34, Filed September 28, 2007], but has not remedied his noncompliance.

    IT IS HEREBY **ORDERED** that the motion is **DENIED**. To the extent that Plaintiff requests thirty days to amend his complaint, Plaintiff has not alleged facts sufficient to establish that justice would be served by granting leave to amend. To the extent that Plaintiff asserts allegations regarding improper handling of his mail and inmate account statements by prison officials, he has failed to exhaust his administrative remedies regarding this issue. *See generally Porter v. Nussle*, 534 U.S. 516 (2002). Therefore, his

request for relief is denied.

In addition to notice of filing of this Minute Order being provided to the parties, it is **ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Robert Neely #114438
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999


Dated:  October 31, 2007