IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00297-EWN-KLM

ROBERT NEELY,

     Plaintiff(s),

v.

A.  ESTEP,
G.  WATKINS,
CAPT. TORRES,
LT.  KOCHEVAR,
MS.  BROWN, and
R. MARTINEZ,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court pursuant to Plaintiff's Motion for Leave to File Amended Complaint [Docket No. 42, Filed November 1, 2007] ("the motion").  Plaintiff asks the Court to grant leave to amend his Complaint to remove Defendant G. Watkins and to add Defendants Ms. Masterson and Lt. Hawkins.  This Court filed a Recommendation on September 10, 2007 [Docket No. 33] to dismiss Plaintiff's case for failure to comply with Court Orders requiring him to make monthly payments of his filing fee or show cause why he cannot.  The Recommendation is still pending.  Plaintiff filed an untimely objection to the Recommendation [Docket No. 34, Filed September 28, 2007], but has not remedied his noncompliance.

     IT IS HEREBY **ORDERED** that the motion is **DENIED**.  This is the second motion Plaintiff has filed to amend his complaint.  The first was denied by the Court on October 31, 2007 [Docket No. 40].  This motion is denied for the reasons set forth in that Order.

     In addition to notice of filing of this Minute Order being provided to the parties, it is **ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Robert Neely #114438
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999


Dated:  November 5, 2007